# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

**FILED FEB 20 2019**
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

AVERY DEMOND JETER, Petitioner,

*Plaintiff(s)*
v.
JENNIFER SAAD, Respondent.

Civil Action No. 5:17-CV-98

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☐ Other

This action was:
☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is Affirmed and Adopted in its entirety; that the Petition for Writ of Habeas Corpus is DENIED ; that Petitioner's Objections are OVERRULED; and that this Civil Action is DISMISSED WITHOUT PREJUDICE and STRICKEN from active docket of this Court.

Date: February 20. 2019

CLERK OF COURT
Cheryl Dean Riley

By: *A. O - Abraham*
*Signature of Clerk or Deputy Clerk*